**Order entered June 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00369-CV

**SATFRAZ TAJ AND ZUBEDA TAJ, Appellants**

**V.**

**HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER

This is an accelerated appeal from the trial court's March 21, 2019 order denying appellants' request for a temporary injunction. Before the Court are appellee's motion for dismissal for want of jurisdiction, appellants' response, and appellee's reply. We **DENY** the motion.

As both the clerk's and reporter's records have been filed, we **ORDER** appellants to file their brief on the merits no later than June 26, 2019.

/s/    KEN MOLBERG
         JUSTICE